**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  HATCHER    BiLLy    J
       (Last)      (First)   (Initial)

Prisoner Number  ALU-094

Institutional Address  SANTA RITA JAIL, 5325 Broder Blvd
DUBLIN, CA 94568

FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BiLLy J. HAtcHER
(Enter the full name of plaintiff in this action.)

vs.

GREG AHERN / Head SHERiFF,
JOHN DoE 1 / Deputy, JOHN
DoE 2 / Deputy, RICE,
Deputy / Gang Task Force Deputy
(Enter the full name of the defendant(s) in this action)

Case No. CV 07 5779 SI
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983**

E-filing  (PR)

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  Alameda Co Jail / Santa Rita

B.   Is there a grievance procedure in this institution?

YES (X)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

YES (X)    NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                   - 1 -

1. Informal appeal **WILL NOT ANSWER OR REPLY TO THE GRIEVANCE I SUBMITTED ON: AUG 27, 07 THIS DELAY WILL NOT ALLOW ME TO EXHAUST: Adm Rds.**

2. First formal level **N/A**

3. Second formal level **N/A**

4. Third formal level **N/A**

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES (X)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

  A. Write your name and your present address. Do the same for additional plaintiffs, if any. **BILLY J. HATCHER ALU-094 5325 Broder Blvd Dublin, Calif 94568**

  B. Write the full name of each defendant, his or her official position, and his or her place of employment. **GREG AHERN / HEAD SHERIFF, JOHN DOE'S 1, 2,**

COMPLAINT                        - 2 -

1  3, 4, 5, AND Deputy Rice, IS ALL Employee's
2  At: Alameda County Jail - Santa Rita, in
3  Dublin, California 94568
4

5  III.   Statement of Claim.
6        State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

11     SEE Attached Pages oF
13     " Statements of Facts "

23  IV.   Relief.
24        Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26     SEE Attached Page: " Relief "

COMPLAINT                - 3 -

## ✶ Statements of Facts ✶

1. On July 30, 2007, at around 10:15 PM, in the Santa Rita Jail's - Men's Dressout Area, I ask Deputies: John Doe 1 2 3 4 and 5 about giving me a hot meal, along with other inmates and was denied.

2. While being escorted to Max Security Housing Units along with other inmates, Deputies John Doe 1, 2, 3, 4, and 5 I notice we were'nt chained together which is the procedure.

3. The line of inmates stopped between Housing Units 9 & 8. I then said "That asshole could've gave us a hot meal".

Deputies John Doe 1, 2, or 3, turns around and orders me against the wall and I'm then placed in handcuffs, as Deputies 4 and 5 runs over to assist.

Then I'm ordered to lay face down, I'm help to the ground by both Deputies John Doe 3, 4, and 5, with one on both sides of my arm. I'm lowered to the ground.

(1)

(2)

4. As soon as I layed down, I was immediately placed into choke-hold by Deputies John Doe 1, 2, 3, 4, or 5, as Deputies 1, 2, 3, 4, or 5 (kicking and stepping) on my back. ~~(kneed in my ribs while)~~

5. While in the choke-hold, I turned my head to the right trying to get air, and seen deputies running outta every housing units as I closed my eyes.

When I open my eyes back up, I seen a boot coming towards my eye and ducked my head down to avoid being kicked in my eye, as I was punched, kicked, kneed, while I was on the ground. I was then helped up off ground to be tasered 3 seperate times as the other inmates looked on.

After basically being tortured for at lease 15 to 20 minutes, I was then drag outta my pants and shorts, as I begged and pleaed with them to stop. I ask why yall doing this to me. That when I finally blacked-out.

6. I was taken to the infirmary where I was cleaned up and dressed. I begged them to take me to the hospital. The Sargent had Deputies John Doe 1, 2, 3, 4, or 5 to take pictures.

(3)

7. I WAS THEN PLACED IN A CELL WITH A MATTRESS ON THE FLOOR FOR 9 HOURS, UNTIL LATTER THAT MORNING I WAS TAKEN TO GET X-RAYED AND STITCHES TO CLOSE A GASH OVER MY LEFT EYEBROW.

8. LATTER ON THAT WEEK, I WAS VISITED BY A DEPUTY I KNOW FROM COMING HERE. DEPUTY RICE, TOOK MORE PICTURES AS I LAID IN BED.

9. ON AUGUST 2, 2007, AROUND 3:00 PM I WAS TRANSPORTED TO HIGHLAND HOSPITAL, WHERE I WAS X-RAYED AND EXAMINED FOR 12 HOURS. DOCTOR'S ASKED ME QUESTIONS AS TO WHO DID THIS TO YOU, WHERE I POINTED TO A DEPUTY WHO WAS SITTING IN A CHAIR, AND SAID: ABOUT 5 OR 6 DEPUTIES AT SANTA RITA JAIL, BEAT ME UP.

AFTER RETURNING FROM HOSPITAL, I WAS TAKEN TO THE "HOLE" WHICH IS HOUSING UNIT #9 BY DEPUTIES RICE AND CARSON, WHERE I WAS TAKEN TO HEAL

10. ON AUGUST 24, 2007, I WAS MOVED AGAIN TO HOUSING UNIT #4, WHERE I WROTE A INMATE GRIEVANCE, WHICH I STILL WAIT ON AN REPLY.

11. IN HOUSING UNIT #4, AND INMATE REMEMBER ME FROM BEING THERE WHEN I WAS JUMPED BY DEPUTIES JOHN DOE 1, 2, 3, 4, AND 5

NEXT PAGE

(4)

AND GAVE ME HIS PERSONAL INFORMATION, IF I NEED HIM FOR AN WITNESS. HIS NAME IS DARRYL YOUNG - PFN - BEJ-475
   PHONE: (916) 363-6114

12. THE RESUALTS OF MY X-RAYS REVEAL, ALONG WITH MY INJURIES: 2 BLACK EYES, ONE CLOSE COMPLETLY, 7-STITCHES OVER MY EYE BROW, BROKEN NOSE AND RIBS, LOTS OF SCARS AROUND MY WRIST FROM TIGHT HANDCUFFS, AND DRAGGED. TASERED ONE IN MY RIGHT ELBOW, RIGHT LOWER STOMACH AND LEFT SIDE OF MY WAIST LINE, ALONG WITH A CONCUSSION, AND BUSTED LIP.

13. I'VE CONTINUEOLY ASKED FOR SOMEONE TO COME AND SPEAK TO ME ABOUT WHAT HAPPEN.: TO NO AVAIL.

14. I WROTE ALAMEDA COUNTY SHERIFFS - INTERNAL AFFAIRS, AND LODGED AN COMPLAINT, AND WAS TOLD THERE ARE SENDING, A INVESTIGATOR, I HAVENT SEEN ONE AS OF YET.
   I WROTE A GRIEVANCE ON AUGUST 27, 2007 TO THE SHERIFFS INTERNAL AFFAIRS, ABOUT WHAT HAPPEN AS WELL. AND THAT THE GRIEVANCE I FILE AT THE SANTA RITA JAIL, HAVE NOT BEEN RESPONDED TO, AND THAT ITS BEEN OVER 2 WEEKS AGO. AND I WROTE THEM AGAIN. STILL NO ANWSER OR REPLY.



15. I WROTE 2 MORE GRIEVANCE'S ABOUT THE INCIDENT. SEPTEMBER 15, 2007 AND OCTOBER 10, 2007, DAMANDING THAT I SPEAK TO A INVESTIGATOR OR SOMEONE, AND KNOW ONE HAS YET TO COME FORWARD.

THERE ARE TRYING TO CLAIM I FELL AND THATS NOT TRUE. THE INCIDENT HAPPEN.

THE ALAMEDA CO SHERIFF'S JAIL- SANTA RITA, IS TRYING TO COVER-UP THE INCIDENT. AND THE ALAMEDA COUNTY SHERIFF'S INTERNAL AFFAIRS, IS RIGHT ALONG WITH THEM. THEY HAVE A HAND IT AS WELL.

I PRAYING THAT THE UNITED STATES DISTRICT COURT, WOULD LOOK INTO THIS MATTER THAT, AND ISSUE A ORDER TO SHOW CAUSE AS WHAT HAPPEN.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE STATEMENTS OF FACTS ARE TRUE AND CORRECT.

Respectfully Submitted,

DATED: NOVEMBER 6, 2007

_Billy J Hatcher_
BILLY J. HATCHER
ALU-094

# * RELIEF *

1. <u>PUNITIVE DAMAGES</u>, IN THE AMOUNT OF $<u>500,000.00</u>, FOR THE RECKLESS, MALICE, EXCESSIVE FORCE, USED BY THE DEFENDANT'S: JOHN DOE 1, 2, 3, 4, AND 5, WHEN THEY BEAT ME DOWN, WHICH RESULTED INTO ME RECIEVING THESE INJURIES: BROKEN RIBS & NOSE, 2 BLACK EYES, 7 STITCHES TO CLOSE A GASH OVER MY LEFT EYEBROW, CONCUSSION, BUSTED LIP, AND BURN MARKS TO MY RIGHT ELBOW, STOMACH, LEFT WAIST SIDE, FROM BEING TASERED 3 TIMES.

2. <u>COMPENSATORY DAMAGES</u>, IN THE AMOUNT OF $<u>250,000.00</u>, FOR THE PAIN & SUFFERING, UNDUE STRESS, MENTAL DURESS, AND INJURIES I SUFFERED WHEN DEFENDANT'S JOHN DOE 1, 2, 3, 4, AND 5, DID NOT INTERVENE AND STOP THEIR CO-WORKER'S FROM BEATING ME.

DATED: NOVEMBER 6, 2007

_Billy J Hatcher_
BILLY J. HATCHER
ALU-094

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___6___ day of NOVEMBER, 2007

_Billy J Hatcher_
(Plaintiff's signature)

COMPLAINT                                  - 4 -

## INMATE GRIEVANCE RESPONSE COPY

GRIEVANCE TRACKING NUMBER: __07G–S1379__

| | | | | |
|---|---|---|---|---|
| INMATE: __Hatcher, Billy__ | PFN: __ALU094__ | | HOUSING UNIT LOCATION: __4C05 04__ | |
| GRIEVANCE IS   AFFIRMED: ___ | DENIED: ___ | WITHDRAWN: ___ | RESOLVED: ___ | REFERRED: __XX__ |

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated **September 15, 2007,** and information collected from Santa Rita Jail Staff. In your grievance, you made the following claim(s):

You claim that deputies choked, kicked, and brutally assaulted you while being escorted to housing unit 6. Your grievance contains the same issues as in grievance **07G-S1272**.

**Response:**

The Grievance Unit reviewed Incident Report **07-015533** and grievance **07G-S1272** and finds that all your issues have been addressed.

Your grievance is **REFERRED** to grievance **07G-S1272**.

| | | |
|---|---|---|
| Investigating Supervisor: | Ben E. Shaull, Sergeant | Date: __10/1/07__ |
| Inmate's Signature: | Billy Hatcher | Date: __10-12-07__ |
| Do you wish to appeal this ruling? Yes __✓__  No ___  Refused to Answer ___ | | Date: |
| Appeal Officer: __P. J. Kennedy Sgt/LT__ | Recommendation: __Concur__ | Date: __10/17/07__ |
| Reason for affirmation or denial: (If different from above) | | |

| | | |
|---|---|---|
| Commanding Officer: __D. Jurgens #826__ | Recommendation: __Concur__ | Date: __10/23/07__ |

ML52 (Rev.01/01/05) BES/jrj

ENTERED OCT 2 4 2007

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: Billy Hatcher  PFN: ALU-094
HOUSING UNIT: 4-C-5  DATE: Sept. 15, 2007

NATURE OF GRIEVANCE: (Give specific details) TIME OF INCIDENT AND DATE (7-30-07 @ 10:15 PM or so)

Once again this grievance is in reference of the fact that i was violently assault by 15 or 20 deputies while being escorted to housing unit #6 in front of about 10 or 15 inmates and i suffered an unnecessary case of excessive force on my 47th Birthday July 30 2007 where i was punched, kicked in the face, and choked almost to death and tasered 3 different times and denied to be hospitalize until 4 day later where x-rays reveal i suffered a concussion, broke ribs, nose, 2 black eyes closed shut 7 stitches over my left eyebrow, scars from being handcuffed, dragged on the ground as i begged them and plead with them while inmates were told to dont look or that can be you. The point of the matter of this grievance is i was in handcuff and after allowing to be cuffed im ordered to lay face down and that's when it all happens!!! So how could i have been a threat in anyway that an x-amount of deputies had to use excessive force against me in such way and all i said was "that asshole couldve gave us a hot tray under my breath" after being in dressout, although i wasn't speaking about him and i request for a incident report and that this matter be investigated into and i be notified in writing or spoken to in person about the investigation as well as the pictures that were taken of the scary bruise

*** DO NOT WRITE ON THE BACK OF THIS FORM.   USE ANOTHER FORM, WRITE PAGE 2  THANK YOU
INMATE SIGNATURE: Mr Billy J Hatcher

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: T. WEAVER   BADGE #: 1437   DATE: 091807

[ ] RESOLVED – INMATE ACCEPTANCE: _____
EXPLAIN RESOLUTION ON REVERSE SIDE.
[X] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. _____   TRACKING NUMBER: 07G-S1379

COPIES:  White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

ALAMEDA COUNTY SHERIFF'S OFFICE
SANTA RITA JAIL
INMATE GRIEVANCE FORM

NAME: Billy Hatcher  PFN: ALU-094
HOUSING UNIT: 4-C-1  DATE: Oct 10, 2007

NATURE OF GRIEVANCE: (Give specific details)

On July 30, 2007 while being escorted to housing unit #6 i was ordered against the wall and handcuffed by 2 deputies then ordered to lay down on the ground. once i was on the ground i was put into a chokehold by one of the deputies while the other one was on my back and telling me to stop resisting or i'm trying to get some air and as 10 or 15 inmates looked at the deputies while im being choked minutes later i see other deputies running towards me i closed my eyes for a second ok i opened them i seen a boot and ducked to prevent from being kicked in my eye i was kicked above my eye which i received 7 stitches to close a gash. i was tasered 3 seperate times and denied to be hospitalize until 4 days later at Highland hospital for 12 hours. x-rays reveal i received a concussion broken nose. 2 blackeyes, 1 closed completly 1 barely open, 7 stitches over my left eyebrow, scars from being tasered 3 seperate time and cuts from being handcuffed and dragged. i wish to speak to a investigator and have a thorough investigation done on this incident. they claim in my first grievance that this never happen and everything happen the same way i said it happen. the first grievance they answered wasn't answered or investigated cause they would've seen me and seen the truth from my scars, carry on me and demand that i speak to a investigator Immediately !!!

*** DO NOT WRITE ON THE BACK OF THIS FORM.   USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: Mr. Billy J Hatcher

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: DE LA FUENTE    BADGE #: 1843    DATE: 101007

[ ] RESOLVED – INMATE ACCEPTANCE: _____
EXPLAIN RESOLUTION ON REVERSE SIDE.

[X] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. _____    TRACKING NUMBER: 07G-S/552

COPIES:  White - Staff use
         Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

JS 44 - CAND (Rev 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

**I.(a) PLAINTIFFS**
Billy J. Hatcher
5325 Brocker Blvd
Dublin, CA 94568

**DEFENDANTS**
Alameda Co. Sheriff's Dept.
Greg Ahern / Head Sheriff
Dublin, California, 94568

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Alameda
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Alameda
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)
Pro Se

ATTORNEYS (IF KNOWN)
N/A

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

[X] Original Proceeding
[ ] Removed from State Court
[ ] Remanded from Appellate Court
[ ] Reinstated or Reopened
[ ] Transferred from Another district (specify)
[ ] Multidistrict Litigation
[ ] Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers Liability | | [ ] 640 RR & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth In Lending | [ ] 690 Other | | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| | | | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| | | | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence Habeas Corpus: | | [ ] 870 Taxes (US Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing | [ ] 535 Death Penalty | | | |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other | | | |
| [ ] 245 Tort Product Liability | [X] 440 Other Civil Rights | [ ] 550 Civil Rights | | | |
| [ ] 290 All Other Real Property | [ ] 445 Amer w/ disab - Empl | [ ] 555 Prison Condition | | | |
| | [ ] 446 Amer w/ disab - Other | | | | |
| | [ ] 480 Consumer Credit | | | | |
| | [ ] 490 Cable/Satellite TV | | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)  I was beatin by 3 or 4 Alameda Co. Deputies, for an statement I made. My nose was broken, serious head injury, stomped in the back, cuts and brusies all over body.

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ 750,000  CHECK YES only if demanded in complaint: JURY DEMAND: [X] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY**  PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)  [X] SAN FRANCISCO/OAKLAND  [ ] SAN JOSE

DATE                SIGNATURE OF ATTORNEY OF RECORD