United States District Court
For The Northern District of California

Billy Hatcher

vs.

Alameda County Sheriff's Dept, Greg Ahern, Head Sheriff's Deputies John Doe's, 1, 2, 3, 4, 5, and Rice.

CV-07 5779 SI

Admend Complaint
Inmate Grievance Response
Incident Report #07-015533

Please take notice, that plaintiff, Billy Hatcher, have recieve information: Alameda County-Grievance Response # 07G-S1272 (See copy)

The new information, need to be added to the original complaint.

Requesting for admedment of Complaint, of Case: C-07 5779 SI

Respectfully Submitted,

Dated: November 21, 07

Billy Hatcher

Mr. Billy Hatcher

# INMATE GRIEVANCE RESPONSE

GRIEVANCE TRACKING NUMBER: **07G–S1272**

| INMATE: | **Hatcher, Billy** | PFN: | **ALU094** | HOUSING UNIT LOCATION: | **4C05** |

GRIEVANCE IS    AFFIRMED: ___    DENIED: **XX**    WITHDRAWN: ___    RESOLVED: ___    REFERRED: ___

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated **August 27, 2007,** and information collected from Santa Rita Jail Staff. In your grievance, you made the following claim(s):

You claim that on July 27, 2007, you asked for a hot dinner tray while in the booking bullpen area; you asked again once you got to the housing unit. You stated, you said, "That asshole could have given us a hot tray." You claim the deputy grabbed your arm, placed you against the wall, and then took you down to the ground; other deputies showed up, choked, kicked, and brutally assaulted you.

**Response:**

The Grievance Unit investigated your concerns by reviewing Incident Report **07-015533**. In your grievance, you claim you asked for a hot tray. There is no mention if you received a hot tray or not while in booking. However, it is documented that you did not cooperate with the booking and dress out process.

The Grievance Unit found no evidence to substantiate your claims and the deputies acted appropriately given the documented circumstances.

Your grievance is **DENIED**.

---

Investigating Supervisor: **Ben E. Shaull, Sergeant**    Date: **9/5/07**

Inmate's Signature: *Billy Hatcher*    Date: **9-13-07**

Do you wish to appeal this ruling?    Yes ✓    No ___    Refused to Answer ___    Date: **9-13-07**

Appeal Officer: *P.J. Kennedy, Lt*    Recommendation: *Concur*    Date: *9/14/07*

Reason for affirmation or denial: (If different from above)

Commanding Officer: [signature]    Recommendation: *Concur*    Date: **9/19/07**

ML52 (Rev.01/01/05) BES/jrj

CV 07   5779   SI   (PR)

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. <u>This means that you **must**</u> (check off the boxes ☑ when done):

- ☒ **1) Serve** <u>this</u> ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

<u>Each attorney representing a party must also:</u>

- ☐ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, <u>do not</u> register again, your registration is valid for life on all ECF cases in this district.

- ☒ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

- ☐ **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

### Submitting Initiating Documents

PDF versions of all the initiating documents originally submitted to the court (Complaint or Notice of Removal, exhibits, etc.) must be **emailed (not efiled)** to the **PDF email box for the presiding judge** (not the referring judge, if there is one) **within 10 (ten) business days** of the opening of your case. For a complete list of the email addresses, please go to: **http://ecf.cand.uscourts.gov** and click on **[Judges]**.

You must include the case number and judge's initials in the subject line of all relevant emails to the court. You do not need to wait for your registration to email these documents.

These documents must be emailed instead of e-filed to prevent duplicate entries in the ECF system. All other documents must be e-filed from then on. You do not need to efile or email the Civil Cover Sheet, Summons, or any documents issued by the court at case opening; note that you do need to efile the Summons Returned.

### Converting Documents to PDF

Conversion of a word processing document to a PDF file is required before any documents may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found at the ECF web site: **http://ecf.cand.uscourts.gov**, and click on **[FAQ]**.

**Email Guidelines:** When sending an email to the court, the subject line of the email **must** contain the **case number, judge's initials** and the **type of document(s)** you are sending, and/or the topic of the email.

**Examples:** The examples below assume your case number is 03-09999 before the Honorable Charles R. Breyer:

| Type of Document | Email Subject Line Text |
|---|---|
| Complaint Only | 03-09999 CRB Complaint |
| Complaint and Notice of Related Case | 03-09999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 03-09999 CRB Complaint, TRO |

**Questions**
Almost all questions can be answered in our **FAQ**s at
**http://ecf.cand.uscourts.gov**, please check them first.

You may also email the ECF Help Desk at ECFhelpdesk@cand.uscourts.gov or
call the toll-free ECF Help Desk number at: (866) 638-7829.

The ECF Help Desk is staffed Mondays through Fridays from
9:00am to 4:00pm Pacific time, excluding court holidays.