```
1  JOHN L. BURRIS, Esq. SBN 69888
   BENJAMIN NISENBAUM, Esq. SBN 222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street Suite 1120
   Oakland, CA 94621
4  Telephone: (510) 839-5200
   Facsimile:  (510) 839-3882
5  e-mail: john.burris@johnburrislaw.com
   e-mail: bnisenbaum@gmail.com
6

7  Attorneys for plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY J. HATCHER;<br><br>          Plaintiff,<br><br>vs.<br><br>GREG AHERN/Head Sheriff; et al.,<br><br>          Defendants.<br>_____ / | Case No. C 07 5779 SI<br><br>**SUBSTITUTION OF COUNSEL** |

The Law Offices of John L. Burris hereby substitutes as counsel of record in the above-entitled matter for plaintiff in pro per, BILLY J. HATCHER.

Dated: 1/25/08

                                               Ben Nisenbaum, Esq.

Plaintiff, BILLY J. HATCHER, hereby accepts the substitution of the Law Offices of John L. Burris as counsel of record in the above-entitled matter for plaintiff in pro per.

Dated: 1-25-08

                                               BILLY J. HATCHER, plaintiff