1  JOHN L. BURRIS, Esq.  SBN 69888
   BENJAMIN NISENBAUM, Esq. SBN 222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street Suite 1120
   Oakland, CA 94621
4  Telephone:  (510) 839-5200
   Facsimile:  (510) 839-3882
5  e-mail: john.burris@johnburrislaw.com
   e-mail: bnisenbaum@gmail.com
6

7  Attorneys for plaintiff

8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12

13  BILLY J. HATCHER;                    Case No.  C 07 5779 SI

14                 Plaintiff,            **SUBSTITUTION OF COUNSEL**

15        vs.

16  GREG AHERN/Head Sheriff; et al.,

17                 Defendants.
                                    /
18

19        The Law Offices of John L. Burris hereby substitutes as counsel of record in the above-

20  entitled matter for plaintiff in pro per, BILLY J. HATCHER.

21

22  Dated: 1/25/08                      _____

23                                      Ben Nisenbaum, Esq.

24

25        Plaintiff, BILLY J. HATCHER, hereby accepts the substitution of the Law Offices of John L.

26  Burris as counsel of record in the above-entitled matter for plaintiff in pro per.

27

28  Dated: 1-25-08                      _____

                                        BILLY J. HATCHER

    SUBSTITUTION OF COUNSEL
    Case No. C 07 5779 SI

IT IS SO ORDERED

Judge Susan Illston