UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY J. HATCHER, | No. C 07-5779 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| GREG AHERN; et al., | |
| Defendants. | |

On March 12, 2008, the court did an initial review and determined that the complaint failed to state a claim against any named defendant but did state a claim under 42 U.S.C. § 1983 against John Doe defendants for the use of excessive force on plaintiff. The court dismissed the complaint with leave to amend, explaining that plaintiff had to identify the Doe defendants because they could not be served and the case could not go forward until he did so. The court ordered plaintiff to provide a name and address for each of the Doe defendants by May 30, 2008, and cautioned that the action would be dismissed without prejudice if he did not do so.

Plaintiff did not provide the name of any of the Doe defendants, and the deadline by which to do so has long passed. As a result of plaintiff's failure to provide that information, none of the defendants have been served within the time period allowed for service of process. See Fed. R. Civ. P. 4(m). This action therefore is DISMISSED without prejudice to plaintiff filing a new action if he ever learns of the true identity of any Doe defendant.

IT IS SO ORDERED.

Dated: January 26, 2009

_Susan Illston_
SUSAN ILLSTON
United States District Judge