FILED

JAN 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY J. HATCHER, | No. C 07-5779 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GREG AHERN; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action if and when he learns of the true identity of any Doe defendant.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 26, 2009

SUSAN ILLSTON
United States District Judge